```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 10161
   MARTIN L BONIC
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-3706


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/06/07 .

   2.  The case was dismissed without confirmation, 08/24/2007.

------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                  PAID            PAID
------------------------------------------------------------------------------
AMERIQUEST MORTGAGE       CURRENT MORTG             .00              .00             .00
BARRY PLUMBING & HEATING  UNSECURED          NOT FILED              .00             .00
DEPENDON COLLECTION SERV  UNSECURED          NOT FILED              .00             .00
SOUTHWEST MECHANICAL INC  UNSECURED          NOT FILED              .00             .00
       Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00          .00          .00           .00
PRINCIPAL PAID           .00         .00          .00          .00           .00
INTEREST PAID            .00         .00          .00          .00           .00
TOTAL PAID               .00         .00          .00          .00           .00
The Debtor's attorney, LESLEY A HOENIG              , was allowed $      .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 11/16/07              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                             PAGE   2
      CASE NO. 07 B 10161 MARTIN L BONIC
```